UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED AUG 0 8 2008 S.D. OF N.Y.

| | |
|---|---|
| AMERICAN SCIENTIFIC RESOURCES, INC and KIDZ-MED,INC.<br>Plaintiffs,<br><br>-V-<br><br>TECNIMED SRL,<br>Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 6167(RMB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 8th day of August, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 7th day of July, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8580 6397 3517**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# YESKOO HOGAN & TAMLYN, LLP
A NEW YORK LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
139 SOUTH STREET
NEW PROVIDENCE, NEW JERSEY 07974
TEL: (908) 464-8300
FAX: (908) 464-2828

RICHARD C. YESKOO[1]
STEPHEN HOGAN[2]
THOMAS T. TAMLYN[2]

[1]MEMBER N.J. & N.Y. BAR
[2]MEMBER N.Y. BAR

NEW YORK OFFICE
535 FIFTH AVENUE
NEW YORK, NY 10017
(212) 983-0900

August 6, 2008

---

**FedEx International Air Waybill**  /0006/0050/0033817226/9

**1 From**
Sender's FedEx Account Number: 3255-9320-2
Sender's Name Phone: 908 464-8300
Company: YESKOO HOGAN & TAMLYN LLP
Address: 139 SOUTH ST STE 204
City: NEW PROVIDENCE  State/Province: NJ
Country: US  ZIP/Postal Code: 079741999

**2 To**
Company: Technimed slr
Address: p.le Cocchi
Address: 12-21040 Vedano Olona (VA)
Country: Italy

**4 Express Package Service**: FedEx Intl. Priority

**5 Packaging**: FedEx Envelope

**7a Payment**: Sender Acct. No. in Section 1 will be billed.

**7b Payment (duties and taxes)**: Sender Acct. No. in Section 1 will be billed.

FedEx Tracking Number: 8580 6397 3517