Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for Plaintiff
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN SCIENTIFIC RESOURCES, INC.　　　No. 08cv6167(RMM)(M)
and KIDZ-MED, INC.,

　　　　　　　　　　　　　　　　　　　　　　　　　Proof of Service

　　　　　　　　　　　Plaintiffs,

　　　– against –

TECNIMED SRL,

　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　RICHARD C. YESKOO, affirms under penalty of perjury as follows:

　　　I am a member of the Bar of this Court and of Yeskoo Hogan & Tamlyn, LLP, counsel for plaintiffs American Scientific Resources, Inc. and Kidz-Med, Inc. On July 29, 2008 I delivered to the United States Post Office in New Providence, New Jersey a copy of the summons, complaint, Rule 7.1 disclosure, individual practices of Hon Richard M. Berman, individual practices of magistrate Judge Maas, and electronic case filing rules and instructions in an envelope with prepaid, registered mail, return receipt postage addressed to defendant at the address specified in the parties' contract for service of notice, Technimed slr, p.le Cocchi, 12-21040 Vendano Olana (VA), Italy. Said registered mail envelope was delivered to defendant on August 6, 2008. A copy of the registered mail receipt is annexed hereto.

August 22, 2008

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Richard C. Yeskoo (RY7329)

1

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☒ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) ☐ | Insured Value (Valeur déclarée) | | | | Article Number RA 254 089 810 US | |

Office of Mailing (Bureau de dépôt): NEW Providence NJ 0794

Date of Posting (Date de dépôt): 7-29-08

Addressee Name or Firm (Nom ou raison sociale du destinataire): Technimed Slr

Street and No. (Rue et No.): v.le Cocchi

Place and Country (Localité et pays): 12-21040 Vedano Olona (VA) Italy

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

---

UNITE POSTA

Return Receipt for International Mail
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Administration des Postes des Etats-Unis d'Amérique

Par Avion

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Return by the quickest route (air or surface mail), a découvert and postage free.

Name or Firm (Nom ou raison sociale): Richard Yurko

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Street and Number (Rue et no.): 139 South Street, Ste 204

City, State, and ZIP + 4 (Localité et code postal): New Providence, NJ 07974 USA

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

Avis de réception    CN07 (Old C5)

PS Form 2865, February 1997