UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

American Scientific Resources

Plaintiff(s),

- v -

Technimed SLR

Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

08 CV 6167 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by   12-19-08

(ii)  Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by  1/2/09

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions  1/5/09 with principals re: settlement @ 9:30 AM

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

**SO ORDERED:** New York, New York
9/2/08

RMB
Hon. Richard M. Berman, U.S.D.J.