UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN SCIENTIFIC RESOURCES, INC. and KIDZ-MED, INC.,

        Plaintiffs,

-against-

TECNIMED SRL,

        Defendant.

Case No. 08 CV 6167 (RMB) (FM)

## TECNIMED SRL'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Tecnimed SRL states that it is a private non-governmental company without a parent company and further states that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
September 5, 2008

Respectfully submitted,

_/s/_____
Eric Fishman

1540 Broadway
New York, NY 10036
(212) 858-1000

*Attorneys for Defendant*
*Tecnimed SRL*

500268638v1